**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID RAY TARVIN, | ) | CASE NO. CV 08-02981 VAP (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| JOHN C. MARSHALL, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of DAVID RAY TARVIN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 30, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE